

# NUMBER 13-14-00115-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

NIKKI PAIGE ARAGUZ,
CLAIMANT/BENEFICIARY
OF THOMAS T. ARAGUZ, III,
DECEASED,                                                                        Appellant,

v.

CITY OF WHARTON, SELF-
INSURED CARRIER, HEATHER
DELGADO, AS PARENT AND
NATURAL GUARDIAN OF TYLER
ARAGUZ AND TREVOR ARAGUZ,
MINOR CHILDREN,                                                              Appellees.

### On Appeal from the 329th District Court
### of Wharton County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Memorandum Opinion Per Curiam

Appellant, Nikki Paige Araguz, perfected an appeal in appellate cause number 13-

14-00115-CV from a judgment entered by the 329th District Court of Wharton County, Texas, in trial court cause number 45,934. On February 26, 2014, appellant filed an unopposed motion to dismiss the appeal in this Court. The motion states that on February 20, 2014, the trial court signed an order withdrawing the judgment from which appellant sought to appeal. Accordingly, appellant requests that this Court dismiss this appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Because there is no agreement between the parties concerning appellate costs, the costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Any pending motions are dismissed as moot. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
13th day of March, 2014.